IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 6626 |
| | ) | Judge Manning |
| v. | ) | Magistrate Judge Cole |
| | ) | |
| BROADWAY CONSTRUCTION SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and LISA M. SIMIONI, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to Fed.R.Civ.P.55, move the Court to enter Judgment in favor of Plaintiffs and against Defendant, BROADWAY CONSTRUCTION SERVICES, INC., in the amount of $8,117.25. In support hereof, Plaintiffs state:

1. Plaintiffs filed this action on November 26, 2007, seeking a judgment against Defendants confirming and enforcing an arbitration award ("Award") under ERISA, 29 U.S.C. §§1132 and 1145, and LMRA, 29 U.S.C. §185.

2. Defendant was served with process on November 29, 2007. A true and correct copy of the Return of Service is attached hereto as Exhibit A.

3. Defendant was required to appear and answer on or before December 19, 2007, but has not done so.

4. Defendant is in default.

5. Award was entered against Defendant in the computed amount of $3,921.98. A true and correct copy of Award is attached hereto as Exhibit B.

1

6. Pursuant to Award and 29 U.S.C. §1132, Plaintiffs' damages are calculated as follows:

| | |
|---|---|
| $3,921.98 - | Award; |
| $213.01 - | Additional interest at $30.43 month for period 6/15/07 through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(B); |
| $1,943.96 - | Double interest consisting of $1,730.95 stated in Award plus $213.01 stated above, pursuant to 29 U.S.C. §1132(g)(2)(C); |
| $2,038.30- | Plaintiffs' attorneys' fees and costs through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(D) (See Affidavit of Douglas A. Lindsay attached hereto as Exhibit C); |
| $8,117.25 | Total due as of 1/10/08. |

7. Attached hereto as Exhibit D is a draft Order.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter Judgment in favor of Plaintiffs and against Defendant, BROADWAY CONSTRUCTION SERVICES, INC, in the amount of $8,117.25.

            JAMES T. SULLIVAN, etc., et al., by their
            attorneys, DOUGLAS A. LINDSAY, JOHN W.
            LOSEMAN, and LISA M. SIMIONI

            By:_____
            Lisa M. Simioni
            20 N. Clark Street
            Suite 3200
            Chicago, IL 60602-5093
            312-580-1248

OF COUNSEL
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200

# PROOF OF SERVICE

I served a copy of the foregoing **MOTION FOR ENTRY OF JUDGMENT** upon:

Broadway Construction Services, Inc.
c/o Charles E. Antonietti, Its Registered Agent
1461 Ring Rd
Calumet City, Illinois 60409

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on January 3, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008.

_____
Christine Usyak


LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312-580-1200